# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shelia T. Latta,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:04-cv-332

Jo Anne B. Barnhart,
Commissioner of Social Security Administration,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 26, 2006 Order.

**Signed: July 26, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court